

# Fourth Court of Appeals
## San Antonio, Texas

October 07, 2013

No. 04-13-00633-CR and 04-13-00634-CR

Ex Parte Martin Guadalupe Campos **LEAL**,
Appellant

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 2513 and 2514
The Honorable John D. Fleming, Judge Presiding

## O R D E R

These are appeals from an order on the merits on Martin Guadalupe Campos Leal's applications for writs of habeas corpus. The record has been filed. We **order** appellant's brief in these consolidated appeals is due **October 24, 2013**. *See* Tex. R. App. P. 31.1; 4th Tex. App. (San Antonio) Loc. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2013.

_____
Keith E. Hottle
Clerk of Court